Sixto **DELA CRUZ**, Petitioner,

v.

## OFFICE OF PERSONNEL MANAGEMENT, Respondent.

### No. 2010–3165.

United States Court of Appeals, Federal Circuit.

Sept. 15, 2010.

### ON MOTION

### ORDER

Sixto Dela Cruz moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.